UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RONALD HAYES,

                                     Plaintiff,    Docket #: 10-cv-1201 (DNH)(RFT)

                    -against-

THE STATE OF NEW YORK D.O.C.S.; C.O.
BURCH, Great Meadow Correctional Facility; C.O.
WRIGHT, Great Meadow Correctional Facility; C.O.
JONES, Great Meadow Correctional Facility; SMITH
& WESSON; and the STATE OF NEW YORK,
                                               Defendants.
------------------------------------------------------------------x

## SMITH & WESSON'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE,** that upon the annexed affidavit of Clem C. Trischler, Esq., the exhibits attached to that affidavit, the Motion for Summary Judgment and Memorandum of Law in Support, and all related filings, undersigned counsel will move this Court, on the 4th day of April 2013, at 9:30 a.m., for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing the Plaintiff's claims as against SMITH & WESSON CORP. in the above-captioned matter with prejudice, together with such other and further relief as the Court may deem just and proper.

Dated:  February 14, 2013

                                                    PIETRAGALLO GORDON ALFANO
                                                       BOSICK & RASPANTI, LLP

                                                 *s/ Clem C. Trischler*
                                                  Clem C. Trischler
                                                  *Pro Hac Vice* Admission
                                                One Oxford Centre, 38th Floor
                                               Pittsburgh, PA  15219
                                               Telephone: 412-263-2000
                                               Facsimile: 412-263-2001
                                               E-Mail: cct@pietragallo.com
                                               *Counsel for Defendant, Smith & Wesson Corp.*